**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Appellate case name:       German Gutierrez v. State

Appellate case number:    01-18-00624-CR

Trial court case number:   1557751

Trial court:                      184th District Court of Harris County

It is ordered that the motion for en banc reconsideration is **DENIED**.

Judge's signature: ___/s/ Peter Kelly_____
☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Hightower, and Countiss.

Justice Landau did not participate.

Date: April 28, 2020